GEORGE W. KANE, Respondent, *v.* TEN EYCK CO., INC., et al., Appellants.

Argued April 21, 1944; decided May 25, 1944.

*Rollin B. Sanford* and *Merton D. Meeker* for appellants.

*John J. Scully* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND and THACHER, JJ. Taking no part: RIPPEY, J.